BEFORE THE FIRST DIVISION, MARCH 9, 1939

**No. 40788.**—Protest 651232–G of S. S. Pierce Co. (Boston).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Wile* v. *United States* (T. D. 49494) the sherry flavor in question was held dutiable at 35 percent under paragraph 775 as claimed. McClelland, P. J., dissented.

BEFORE THE SECOND DIVISION, MARCH 9, 1939

**No. 40789.**—Protests 482878–G, etc., of Gimbel Bros., Inc., Del., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of vases, trays, bookends, inkstands, pen holders, blotters, letter openers, letter racks, paper weights, incense burners, lamps, candlesticks, pots, desk pads, and calendars chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and Abstracts 30404 and 37730 cited.

**No. 40790.**—Protests 279917–G, etc., of Schall & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel baskets chiefly used on the table or in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 40791.**—Protest 692330–G of Sears, Roebuck & Co. (Minneapolis).

Opinion by DALLINGER, J. Upon careful consideration of the entire record the court found no reason for not adhering to the former decision. *United States* v. *Halle* (20 C. C. P. A. 219, T. D. 45995) and *Waddell* v. *United States* (3 Ct. Cust. Appls. 406, T. D. 32989) cited. No evidence having been offered to show use of the scales in question other than by farmers, the claim for free entry as agricultural implements under paragraph 1604 was sustained.

BEFORE THE THIRD DIVISION, MARCH 9, 1939

**No. 40792.**—Protests 871688–G, etc., of R. T. French Co. (Philadelphia).

Opinion by EVANS, J. It was stipulated that the merchandise consists of savory leaves and basil leaves imported in bulk in large bales. On the authority of Abstract 39254 the claim for free entry under paragraph 1722 was sustained.